NDISPO, TERMED

# U.S. District Court
# District of Colorado (Denver)
# CIVIL DOCKET FOR CASE #: 1:06-cv-00816-WDM-BNB
# Internal Use Only

E.I. Du Pont De Nemours and Company v. MacDermid, Inc. et al
Assigned to: Judge Walker D. Miller
Referred to: Magistrate Judge Boyd N. Boland
Cause: 35:271 Patent Infringement

Date Filed: 04/28/2006
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**E.I. Du Pont De Nemours and Company**  represented by  **John T. Gallagher**
Morgan & Finnegan, L.L.P.
3 World Financial Center
20th Floor
New York, NY 10281-2101
U.S.A
212-415-8700
Fax: 212-415-8701
Email: jgallagher@morganfinnegan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Scott Phillips**
Bartlit, Beck, Herman, Palenchar & Scott-Colorado
1899 Wynkoop Street
#800
Denver, CO 80211
U.S.A
303-592-3100
Fax: 303-592-3140
Email: john.phillips@bartlit-beck.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lindley J. Brenza**
Bartlit, Beck, Herman, Palenchar & Scott-Colorado
1899 Wynkoop Street
#800
Denver, CO 80211
U.S.A
303-592-3140

Fax: 303-592-3130
Email: lindley.brenza@bartlit-beck.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regina M. Lutz**
Morgan & Finnegan, L.L.P.
3 World Financial Center
20th Floor
New York, NY 10281-2101
U.S.A
212-415-8700
Fax: 212-415-8701
Email: rlutz@morganfinnegan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**MacDermid, Inc.** represented by **James Mahanna**
Carmody & Torrance LLP
P.O. Box 1110
50 Leavenworth Street
Waterbury, CT 06721-1110
U.S.A
203-573-1200
Fax: 203-575-2600
Email: jmahanna@carmodylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Lyn Gokenbach**
Moye White, LLP
1400 16th Street
16 Market Square, 6th Floor
Denver, CO 80202
U.S.A
303-292-2900
Fax: 303-292-4510
Email: jennifer.gokenbach@moyewhite.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Horvack, Jr.**
Carmody & Torrance LLP
P.O. Box 1110
50 Leavenworth Street

Waterbury, CT 06721-1110
U.S.A
203-573-1200
Fax: 203-575-2600
Email: jhorvack@carmodylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Forrest Lewis**
Moye White, LLP
1400 16th Street
16 Market Square, 6th Floor
Denver, CO 80202
U.S.A
303-292-2900
Fax: 303-292-4510
Email: paul.lewis@moyewhite.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**MacDermid Printing Solutions, L.L.C.**

represented by **James Mahanna**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Lyn Gokenbach**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Horvack, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Forrest Lewis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/28/2006 | 1 | COMPLAINT (jury trial demanded) against all defendants ( Filing fee $ 350, Receipt Number 267891) Summons Issued, filed by E.I. Du Pont De Nemours and Company. (Attachments: # 1 Exhibit A, US patent 6,171,758 B1# 2 Exhibit B, US patent 6,773,859 B2# 3 Civil Cover Sheet # 4 Receipt)(bpm, ) (Entered: 04/28/2006) |
| 05/01/2006 | 2 | CORPORATE DISCLOSURE STATEMENT by Plaintiff E.I. Du Pont |

| | | |
|---|---|---|
| | | De Nemours and Company. (Phillips, John) (Entered: 05/01/2006) |
| 05/01/2006 | 3 | MOTION to *Set Briefing Schedule and Hearing Date For Motion For Preliminary Injunction* by Plaintiff E.I. Du Pont De Nemours and Company. (Phillips, John) (Entered: 05/01/2006) |
| 05/02/2006 | 4 | SUMMONS Returned Executed by E.I. Du Pont De Nemours and Company. MacDermid, Inc. served on 5/1/2006, answer due 5/22/2006. (Phillips, John) (Entered: 05/02/2006) |
| 05/05/2006 | 5 | ORDER REFERRING CASE to Magistrate Judge Boyd N. Boland by Judge Miller. (dln, ) (Entered: 05/05/2006) |
| 05/05/2006 | 6 | MINUTE ORDER denying 3 MOTION to Set Briefing Schedule and Hearing Date For Motion For Preliminary Injunction by Plaintiff by Judge Walker D. Miller on 5/4/06. (dln, ) (Entered: 05/05/2006) |
| 05/05/2006 | 7 | AFFIDAVIT/RETURN of Service of *Summons* upon MacDermid, Inc. and MacDermid Printing Solutions, LLC on 050/01/2006, filed by Plaintiff E.I. Du Pont De Nemours and Company (Phillips, John) (Entered: 05/05/2006) |
| 05/08/2006 | 8 | Docket Annotation re: 7 AFFIDAVIT/RETURN of Service of Summons upon MacDermid, Inc. and MacDermid Printing Solutions, LLC. filed in error - to be refiled as Summons Returned Executed. Text only entry - no document attached. (dln, ) (Entered: 05/08/2006) |
| 05/08/2006 | 9 | SUMMONS Returned Executed by E.I. Du Pont De Nemours and Company. MacDermid Printing Solutions, L.L.C. served on 5/1/2006, answer due 5/22/2006. (Phillips, John) (Entered: 05/08/2006) |
| 05/11/2006 | 10 | Stipulated MOTION for Extension of Time to File Answer *and Respond to the Compliant* by Defendants MacDermid, Inc., MacDermid Printing Solutions, L.L.C.. (Lewis, Paul) (Entered: 05/11/2006) |
| 05/11/2006 | 11 | MEMORANDUM referring to Magistrate Judge Boland : 10 Stipulated MOTION for Extension of Time to File Answer *and Respond to the Compliant* filed by MacDermid, Inc.,, MacDermid Printing Solutions, L.L.C., by Judge Walker D. Miller on 5/11/06. (Text Only Entry - No Document Attached)(wdmscc, ) (Entered: 05/11/2006) |
| 05/11/2006 | | ***Attorney Paul Forrest Lewis for MacDermid, Inc. and MacDermid Printing Solutions, L.L.C., Jennifer Lyn Gokenbach for MacDermid, Inc. and MacDermid Printing Solutions, L.L.C. added pursuant to motion, #10 [not linked properly]. (dln, ) (Entered: 05/11/2006) |
| 05/11/2006 | 12 | MINUTE ORDER granting to 6/12/06 10 Stipulated MOTION for Extension of Time to File Answer and Respond to the Compliant by Defendants MacDermid, Inc., MacDermid Printing Solutions, d by Magistrate Judge Boyd N. Boland on 5/11/06. (dln, ) (Entered: 05/11/2006) |
| 05/22/2006 | 13 | ORDER setting Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting set for 6/30/2006 10:00 AM in Courtroom A 401 |

| | | |
|---|---|---|
| | | before Magistrate Judge Boyd N. Boland. Signed by Magistrate Judge Boyd N. Boland on 5/22/06. (dln, ) (Entered: 05/22/2006) |
| 05/26/2006 | 14 | CORPORATE DISCLOSURE STATEMENT by Defendants MacDermid, Inc., MacDermid Printing Solutions, L.L.C.. (Lewis, Paul) (Entered: 05/26/2006) |
| 05/26/2006 | 15 | NOTICE of Entry of Appearance *of John T. Gallagher* by John Scott Phillips on behalf of E.I. Du Pont De Nemours and Company (Phillips, John) (Entered: 05/26/2006) |
| 05/26/2006 | 16 | NOTICE of Entry of Appearance *of Regina M. Lutz* by John Scott Phillips on behalf of E.I. Du Pont De Nemours and Company (Phillips, John) (Entered: 05/26/2006) |
| 05/26/2006 | | ***Attorney John T. Gallagher for E.I. Du Pont De Nemours and Company, Regina M. Lutz for E.I. Du Pont De Nemours and Company added pursuant to entry of appearances, #15 and #16 [not linked properly]. (dln, ) (Entered: 05/30/2006) |
| 06/06/2006 | 17 | NOTICE of Entry of Appearance by John R. Horvack, Jr on behalf of all defendants (Horvack, John) (Entered: 06/06/2006) |
| 06/12/2006 | 18 | MOTION to Dismiss *or Transfer* by Defendants MacDermid, Inc., MacDermid Printing Solutions, L.L.C.. (Lewis, Paul) (Entered: 06/12/2006) |
| 06/12/2006 | 19 | BRIEF in Support re 18 MOTION to Dismiss *or Transfer* filed by Defendants MacDermid, Inc., MacDermid Printing Solutions, L.L.C.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I)(Lewis, Paul) (Entered: 06/12/2006) |
| 06/21/2006 | 20 | NOTICE of Entry of Appearance by James Mahanna on behalf of MacDermid, Inc., MacDermid Printing Solutions, L.L.C. (Mahanna, James) (Entered: 06/21/2006) |
| 06/23/2006 | 21 | Unopposed MOTION for Extension of Time to File Response/Reply to 18 MOTION to Dismiss or Transfer by Plaintiff E.I. Du Pont De Nemours and Company. (Phillips, John) (Modified on 6/26/2006 to add linkage). (dln, ). (Entered: 06/23/2006) |
| 06/23/2006 | 22 | Proposed MOTION for Order to by Plaintiff E.I. Du Pont De Nemours and Company. (Phillips, John) (Entered: 06/23/2006) |
| 06/23/2006 | 23 | Proposed Scheduling Order by Plaintiff E.I. Du Pont De Nemours and Company. (Phillips, John) (Entered: 06/23/2006) |
| 06/26/2006 | | ***Motions terminated: 22 Proposed MOTION for Order to by Plaintiff [Document is a proposed Order for #21]. (dln, ) (Entered: 06/26/2006) |
| 06/26/2006 | 24 | Docket Annotation: Motions terminated: 22 Proposed MOTION for Order to by Plaintiff [Document is a proposed Order for #21]. Text only entry - no document attached. (dln, ) (Entered: 06/26/2006) |

| | | |
|---|---|---|
| 06/26/2006 | 25 | Docket Annotation re: 21 Unopposed MOTION for Extension of Time to File Response/Reply to 18 MOTION to Dismiss or Transfer by Plaintiff. [Entry modified to add linkage]. Text only entry - no document attached. (dln, ) (Entered: 06/26/2006) |
| 06/26/2006 | 26 | MINUTE ORDER granting 21 Unopposed MOTION for Extension of Time to File Response/Reply to 18 MOTION to Dismiss or Transfer. Plaintiff has to 7/17/06 ro respond, dfts reply due 8/1/06 by Judge Walker D. Miller on 6/26/06. (dln, ) (Entered: 06/26/2006) |
| 06/29/2006 | 27 | MINUTE ORDER: Scheduling Conference set for 8/4/2006 09:00 AM in Courtroom A 401 before Magistrate Judge Boyd N. Boland, by Magistrate Judge Boyd N. Boland on 6/29/06. (gms, ) (Entered: 06/29/2006) |
| 07/12/2006 | 28 | Joint MOTION to Transfer Case to the United States District Court for the District of New Jersey by Plaintiff E.I. Du Pont De Nemours and Company and Defendants MacDermid Printing Solutions, LLC and MacDermid, Inc.. (Phillips, John) (Modified on 7/13/2006 to add filers and for clarification) (dln, ). (Entered: 07/12/2006) |
| 07/13/2006 | 29 | Docket Annotation re: 28 Joint MOTION to Transfer Case to the United States District Court for the District of New Jersey. [Entry modified to add filers and for clarification]. Text only entry - no document attached. (dln, ) (Entered: 07/13/2006) |
| 07/17/2006 | 30 | ORDER granting 28 Joint MOTION to Transfer Case to the United States District Court for the District of New Jersey. Signed by Judge Walker D. Miller on 7/14/06. (dln, ) (Entered: 07/17/2006) |
| 07/17/2006 | | ***Civil Case Terminated pursuant to Order of Transfer dated 7/14/06. (dln, ) (Entered: 07/17/2006) |

I, the undersigned, Clerk of the
United States District Court for the
District of Colorado, do certify that
the foregoing is a true copy of an
original document remaining on file
in my office.
Witness my hand and SEAL of said
Court this 18th day of July 2006
By /s/ [signature]
Deputy