```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| E.I. DU PONT DE NEMOURS & COMPANY, | : |
| | : CIVIL ACTION NO. 06-3383 (MLC) |
| Plaintiff, | : |
| | :           **O R D E R** |
| v. | : |
| MACDERMID, INC., et al., | : |
| Defendants. | : |

For the reasons stated in the Court's Memorandum Opinion dated March 20, 2008, **IT IS** on this   20th   day of March, 2008 **ORDERED** that the motion by MacDermid Printing Solutions, LLC to reopen this action and vacate the stay (dkt. entry no. 125) is **DENIED;** and

**IT IS FURTHER ORDERED** that the separate motion by MacDermid Printing Solutions, LLC to clarify the Court's memorandum opinion dated August 13, 2007 (dkt. entry no. 126) is **DENIED;** and

**IT IS FURTHER ORDERED** that the separate motion by MacDermid Printing Solutions, LLC to dismiss the complaint (dkt. entry no. 128) is **DENIED WITHOUT PREJUDICE** to reinstate when appropriate.

                                     s/ Mary L. Cooper
                                **MARY L. COOPER**
                                United States District Judge