Donald A. Robinson, Esq.
Leda Dunn Wettre, Esq.
ROBINSON, WETTRE & MILLER LLC
One Newark Center, 19th Floor
Newark, New Jersey 07102
(973) 690-5400
drobinson@rwmlegal.com
lwettre@rwmlegal.com

John R. Horvack, Jr., Esq.
Fatima Lahnin, Esq.
Kathryn Picanso, Esq.
Brian Y. Boyd, Esq.
CARMODY & TORRANCE, LLP
195 Church Street, 18th Floor
New Haven, CT 06509-1950
(203) 777-5501
jhorvack@carmodylaw.com
flahnin@carmodylaw.com
kpicanso@carmodylaw.com
bboyd@carmodylaw.com
*Attorneys for Defendant*
*MacDermid Printing Solutions, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MACDERMID PRINTING SOLUTIONS, L.L.C.,<br><br>Defendant. | Civil Action No.: 06-3383 (MLC)(TJB)<br><br>*Document Electronically Filed*<br><br>**NOTICE OF MOTION OF MACDERMID PRINTING SOLUTIONS, LLC FOR SUMMARY JUDGMENT REGARDING U.S. PATENT NO. 6,773,859** |

PLEASE TAKE NOTICE that on November 5, 2012, or as soon thereafter as counsel can be heard, Defendant MacDermid Printing Solutions, LLC ("MacDermid"), through its counsel of record, shall move for summary judgment that asserted claims 1, 6, 22, 30, 33, 36, 39, 40, 41 and 48 of U.S. Patent No. 6,773,859 ("the '859 patent") are not infringed and are invalid, pursuant to Rule 56 of the Federal Rules of Civil Procedure, Local Civil Rules 7.1 and 56.1, and this Court's Scheduling Order dated February 9, 2012 (D.I. 416).

PLEASE TAKE FURTHER NOTICE that MacDermid submits the Declaration of Donald A. Robinson, a Statement of Material Facts Not In Dispute, and a Memorandum of Law in support of this motion.

PLEASE TAKE FURTHER NOTICE that MacDermid also submits a proposed form of Order.

Dated:  October 5, 2012         BY: *s/ Donald A. Robinson*
                                       Donald A. Robinson

                                Donald A. Robinson, Esq.
                                Leda Dunn Wettre, Esq.
                                ROBINSON, WETTRE & MILLER
                                LLC One Newark Center, 19th Floor
                                Newark, New Jersey 07102 (973)
                                690-5400
                                drobinson@rwmlegal.com
                                lwettre@rwmlegal.com

> John R. Horvack, Jr., Esq.
> Fatima Lahnin, Esq.
> Kathryn Picanso, Esq.
> Brian Y. Boyd, Esq.
> CARMODY & TORRANCE, LLP
> 195 Church Street, 18th Floor
> New Haven, CT 06509-1950
> (203) 777-5501
> jhorvack@carmodylaw.com
> flahnin@carmodylaw.com
> kpicanso@carmodylaw.com
> bboyd@carmodylaw.com
> *Attorneys for Defendant MacDermid Printing Solutions, LLC*

## CERTIFICATE OF SERVICE

I certify that on October 5, 2012, I caused a copy of defendant MacDermid Printing Solutions, LLC's documents filed in support of its Motion for Summary Judgment Regarding U.S. Patent NO. 6,773,859 to be served upon plaintiff's counsel of record via the Court's electronic filing system and as to those documents filed under seal, by electronic mail.

*s/Donald A. Robinson*
Donald A. Robinson