Richard D. Catenacci
Tricia B. O'Reilly
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
Telephone: 973-535-0500

Attorney for Plaintiff,
E. I. du Pont de Nemours and Company

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| E. I. DU PONT DE NEMOURS AND COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> MACDERMID PRINTING SOLUTIONS, L.L.C., <br><br> Defendant. | Civil Action No. 06-3383 (MLC/TJB) <br><br> **NOTICE OF MOTION FOR ORDER REVERSING MAGISTRATE OPINION AND ORDER** |

**PLEASE TAKE NOTICE** that on October 21, 2013, or as soon as the Court deems appropriate, E. I. du Pont de Nemours and Company ("DuPont") will hereby appeal Magistrate Judge Tonianne J. Bongiovanni's Memorandum Opinion (D.I. 573) and Order (D.I. 574) entered on September 6, 2013, striking portions of DuPont's expert declarations filed in opposition to Defendant's motions for summary judgment at the United States District Court for the District of New Jersey, Clarkson S. Fisher Federal Building & U.S. Courthouse, 402 East States Street, Trenton, New Jersey, in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that oral argument is hereby requested.

Dated: September 20, 2013    *s/ Richard D. Catenacci*
Richard D. Catenacci
Tricia B. O'Reilly
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 535-0500
Fax: (973) 535-9217

2978111-01

OF COUNSEL:

Charles D. Ossola
Matthew J. Ricciardi
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Tel:  (202) 639-6500
Fax:  (202) 639-6604

Andrew J. Allen
VINSON & ELKINS LLP
666 Fifth Avenue
26th Floor
New York, NY 10103
Tel: (212) 237-0186
Fax: (212) 237-0100

*Attorneys for Plaintiff*
*E. I. du Pont de Nemours and Company*

2978111-01