UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| E.I. DU PONT DE NEMOURS & COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>MACDERMID PRINTING SOLUTIONS, L.L.C.,<br><br>    Defendant. | CIVIL ACTION NO. 06-3383 (MLC)<br><br>**O R D E R** |

For the reasons stated in the Court's Memorandum Opinion dated June 30, 2014,

**IT IS** on this      30th      day of June, 2014, **ORDERED** that the Magistrate Judge's September 6, 2013 Order (dkt. entry no. 574), from which Plaintiff, E.I. Du Pont de Nemours & Company, appeals (dkt. entry no. 577) is **AFFIRMED**; and it is further

**ORDERED** that the appeal (dkt. entry no. 577) should be marked as **TERMINATED**.

      s/ Mary L. Cooper      
**MARY L. COOPER**
United States District Judge