UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| E.I. DU PONT DE NEMOURS & COMPANY,<br><br>      Plaintiff,<br><br>      v.<br><br>MACDERMID PRINTING SOLUTIONS, L.L.C.,<br><br>      Defendant. | CIVIL ACTION NO. 06-3383 (MLC)<br><br>**ORDER & JUDGMENT** |

For the reasons stated in the Court's Memorandum Opinion, dated September 17, 2014, **IT IS**, on this       17th       day of September, 2014, **ORDERED** that the defendant, MacDermid Printing Solutions, L.L.C.'s ("MacDermid") motion for summary judgment of noninfringement and invalidity of United States Patent No. 6,773,859 B2 (the "'859 Patent") (dkt. entry no. 455) is **GRANTED IN PART AND DENIED IN PART** as follows:

      **GRANTED** to the extent MacDermid asserts it is entitled to summary judgment because each of the asserted claims of the '859 Patent (claims 1, 6, 22, 30, 33, 36, 39, 40, 41, and 48) are invalid as obvious; and

      **DENIED AS MOOT** to the extent MacDermid claims it is entitled to summary judgment for any other reason; and it is further

      **ORDERED** that the plaintiff, E.I. DuPont de Nemours & Company's ("DuPont") motion for summary judgment of infringement of the '859 Patent (dkt. entry no. 464) is **DENIED AS MOOT**; and it is further

2

**ORDERED** that MacDermid's motion for summary judgment of noninfringement of United States Patent No. 6,171,758 B1 (the "'758 Patent") (dkt. entry no. 459) is **GRANTED**; and it is further

**ADJUDGED** that judgment is entered in favor of MacDermid as to DuPont's claims that MacDermid infringes claims 1, 6, 22, 30, 33, 36, 39, 40, 41, and 48 of the '859 Patent; and it is further

**ADJUDGED** that DuPont does not have standing to enforce claims 1, 6, 22, 30, 33, 36, 39, 40, 41, and 48 of the '859 Patent; and it is further

**ADJUDGED** that judgment is entered in favor of MacDermid as to DuPont's assertions that MacDermid infringes claims 1, 3, 4, 7, and 8 of the '758 Patent.

    s/ Mary L. Cooper
**MARY L. COOPER**
United States District Judge